## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **EFFIE PITTMAN, Individually and for Others Similarly Situated,** | **Case No. 6:23-cv-00348-JCM** |
| **v.** | |
| **RPNT ACUTE SERVICES, INC.** | |

## NOTICE OF SETTLEMENT

Plaintiff Effie Pittman, individually and on behalf of the Opt-in Plaintiffs, and Defendant RPNT Acute Services Inc. (together, the "Parties") hereby notify the Court that the Parties have reached an agreement in principle to resolve the litigation.

In light of the settlement, the Parties respectfully request the Court stay all deadlines in the case pending consummation of the settlement and filing of a motion for settlement approval.

Respectfully and jointly submitted on July 2, 2024.

/s/ William M. Hogg
Michael A. Josephson
TX Bar No. 24014780
Andrew W. Dunlap
TX Bar No. 24078444
William M. Hogg
TX Bar No. 24087733
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
whogg@mybackwages.com

Richard J. (Rex) Burch
TX Bar No. 24001807
**BRUCKNER BURCH PLLC**

/s/ Keli M. Hinson (with permission)
Kelli M. Hinson (Tex. SBN 00793956)
Michael A. Birrer (Tex. SBN 00783662)
Tayler R. Gray (Tex. SBN 24131254)
**CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL L.L.P.**
901 Main Street, Suite 5500
Dallas, Texas 75202
214-855-3000 – Telephone
214-580-2641 – Facsimile
khinson@ccsb.com
mbirrer@ccsb.com
tgray@ccsb.com

*Counsel for RPNT Acute Services, Inc.*

11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
rburch@brucknerburch.com

*Counsel for Plaintiff and Opt-in Plaintiffs*