**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **EFFIE PITTMAN, Individually and for Others Similarly Situated,**<br><br>v.<br><br>**RPNT ACUTE SERVICES, INC.** | **Case No. 6:23-cv-00348-JCM** |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION SETTLEMENT**

Before the Court is the Parties' Joint Motion for approval of Fair Labor Standards Act ("FLSA") Collective Action Settlement, pursuant to 29 U.S.C. § 216(b). The Parties previously consented for the undersigned to conduct all proceedings and order the entry of a final judgment in this action in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. *See* Dkt. Nos. 15 & 16. For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was attached to the Motion, constitute a fair and reasonable resolution of a bona fide dispute between the Plaintiffs (*i.e.*, the Named Plaintiff and those individuals who submitted written consents to participate in this case as opt-in plaintiffs, as identified by name on Exhibit A to the Settlement Agreement) and the Defendant. The Court further finds the Service Award Payment, Attorneys' Fees, and Costs Payment requested in the Motion and reflected in the Settlement Agreement are reasonable and are approved.

Accordingly, the Court ORDERS that both the settlement of the claims and the procedure to administer the settlement as set forth in the Settlement Agreement are approved. The Parties shall administer and consummate the settlement as set forth in the Settlement Agreement.

-2-

      IT IS FURTHER ORDERED that this case and all claims asserted in this case by the Plaintiffs are DISMISSED WITH PREJUDICE, with each Party to bear their own fees and costs, except as set forth in the Settlement Agreement

**IT IS SO ORDERED.**

**SIGNED this 15th day of August 2024.**

_____
**JEFFREY C. MANSKE**
**UNITED STATES MAGISTRATE JUDGE**